[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
December 15, 2006
THOMAS K. KAHN
CLERK

_____

No. 06-12810
Non-Argument Calendar

_____

D. C. Docket No. 05-00092-CR-3-LAC

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

NIKKI BURKS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(December 15, 2006)**

Before BLACK, MARCUS and COX, Circuit Judges.

PER CURIAM:

Michelle L. Hendrix, appointed counsel for Nikki Burks, has filed a motion to

withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*,

386 U.S. 738, 87 S. Ct. 1396 (1967). Our independent review of the entire record reveals counsel's assessment of the relative merit of the appeal is correct. Independent examination of the entire record reveals no arguable issues of merit; therefore, counsel's motion to withdraw is **GRANTED**, and Burks's conviction and sentence are **AFFIRMED**.